UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA O'NEAL and MARCO
DELGADO, individually and on
behalf of all other similarly situated
persons,

    Plaintiffs,

v.                                           Case No. 8:11-CV-107-T-17-TGW

BANK OF AMERICA, N.A., a
foreign corporation,

    Defendant.
_____/

## ORDER

This cause is before the Court *sua sponte*. The Court is filing a copy of the docket for Case No. 09-CA-012465, *Bank of America, N.A. v. O'Neal*, filed in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida; and a copy of the docket for Case No. 08-CA-023026, *Bank of America, N.A. v. Delgado*, filed in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

**DONE AND ORDERED** in Chambers, in Tampa, Florida this 27th of February, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record.

# Case Summary
### Case No. 09-CA-012465

**BANK OF AMERICA NA VS O'NEAL;T**

| | |
|---|---|
| Case Type: | Mortgage Foreclosure |
| Date Filed: | 05/14/2009 |
| Location: | Division I |
| Judicial Officer: | Sabella, Christopher C |
| Uniform Case Number: | 292009CA012465A001HC |

## Party Information

**Attorneys**

| | | |
|---|---|---|
| Defendant | ACCREDITED HOME LENDERS INC | |
| Defendant | O NEAL, JOHN | |
| Defendant | O'NEAL, TERESA | |
| Defendant | SOUTH POINTE OF TAMPA HOA INC | STEVEN H MEZER<br>*Retained*<br>813-204-6492(W) |
| Plaintiff | BANK OF AMERICA NA | SABRINA MARIE MORAVECKY<br>*Retained*<br>813-251-4766(W) |

## Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

05/12/2009 **COMPLAINT**
  USER ID=KRUMMERB
  Party: BANK OF AMERICA NA

05/12/2009 **CIVIL COVER SHEET**
  USER ID=KRUMMERB
  Party: BANK OF AMERICA NA

05/12/2009 **LIS PENDENS**
  USER ID=KRUMMERB
  Party: BANK OF AMERICA NA

05/14/2009 **SUMMONS ISSUED**
  X7. USER ID=KRUMMERB

05/14/2009 **CONVERTED EVENT**
  RCPT - RECEIPT. 14-MAY-2009,$385.00, User Id = KRUMMERB, Receipt No = 1569793. USER ID=KRUMMERB
  Party: BANK OF AMERICA NA

06/03/2009 **SUMMONS RETURNED NOT SERVED**
  THE UNKNOWN SPOUSE OF TERESA O'NEAL. USER ID=VIRGILS
  Party: BANK OF AMERICA NA

06/03/2009 **SUMMONS RETURNED SERVED**
  TERESA O'NEAL ON 05/21/09 @ 1:25PM. USER ID=VIRGILS
  Party: BANK OF AMERICA NA

06/03/2009 **SUMMONS RETURNED NOT SERVED**
  TENANT # 1. USER ID=VIRGILS
  Party: BANK OF AMERICA NA

06/03/2009 **SUMMONS RETURNED NOT SERVED**
  TENANT #2. USER ID=VIRGILS
  Party: BANK OF AMERICA NA

06/03/2009 **SUMMONS RETURNED SERVED**
  SOUTH POINTE OF TAMPA HOMEOWNERS ON 05/18/09 @ 4:10PM. USER ID=VIRGILS
  Party: BANK OF AMERICA NA

| Date | Event |
|---|---|
| 06/03/2009 | **SUMMONS RETURNED SERVED**<br>*ACCREDITED HOME LENDERS INC SUCCESSOR BY MERGER TO AAMES FUNDING CORP DBA AAMES HOME LOAN 05/19/09 @ 10:10AM. USER ID=DIGGSL*<br>Party: BANK OF AMERICA NA |
| 06/03/2009 | **SUMMONS RETURNED SERVED**<br>*JOHN O'NEAL ON 05/21/09 @ 1:25PM. USER ID=VIRGILS*<br>Party: BANK OF AMERICA NA |
| 06/05/2009 | **ANSWER AND DEFENSES OF**<br>*SOUT POINTE OF TAMPA HOMEOWNER ASSOCIATION INC. USER ID=GRAHAMD* |
| 06/24/2009 | **CORRESPONDENCE**<br>*ATTORNEY - COVER LETTER. USER ID=JUNE* |
| 06/24/2009 | **MOTION FOR DEFAULT AND DEFAULT ENTERED**<br>*ACCREDITED HOME LENDERS INC SUCCESSOR BY MERGER TO AAMES FUNDING CORP DBA AAMES HOME LOAN. USER ID=DIGGSL*<br>Party: ACCREDITED HOME LENDERS INC |
| 06/26/2009 | **ORDER GRANTING MOTION TO COMPEL**<br>*IN PART 6/25/09 BCS. USER ID=MAHER* |
| 07/02/2009 | **NOTICE OF FILING**<br>*AFFIDAVIT OF AMOUNTS DUE AND OWING. USER ID=GRAHAMD* |
| 07/02/2009 | **AFFIDAVIT OF AMOUNT DUE**<br>*AND OWING. USER ID=GRAHAMD* |
| 07/06/2009 | **NOTICE OF FILING**<br>*AFFIDAVIT AS TO REASONABLE ATTY FEES ATCHD. USER ID=MCKENZIEA* |
| 03/09/2010 | **CONVERTED EVENT**<br>*C1487 - MTN SUMM JGMNT W/ATCHD AFFDVTS. AFFIDAVITS ATTACHED ARE COPIES. USER ID=MANNTI*<br>Party: BANK OF AMERICA NA |
| 03/09/2010 | **NOTICE OF VOLUNTARY DISMISSAL**<br>*UNK. SPOUSE OF TERESA O'NEAL TENANTS #1 #2 #3 AND #4 AND ANY AND ALL UNK. PARTIES AS TO THE NAMED DEFTS. W/O PREJ. USER ID=MAHER* |
| 03/09/2010 | **NOTICE OF FILING**<br>*BANKRUPTCY RELIEF DOCUMENT. USER ID=NEWSOMEF* |
| 03/09/2010 | **CORRESPONDENCE**<br>*SCOTT A GRIFFITH. USER ID=DIGGSL*<br>Party: BANK OF AMERICA NA |
| 03/09/2010 | **MOTION FOR DEFAULT AND DEFAULT ENTERED**<br>*TERESA O'NEAL; JOHN O'NEAL AKA JOHN S O'NEAL. USER ID=DIGGSL*<br>Party: O NEAL, JOHN |
| 03/09/2010 | **MOTION FOR DEFAULT AND DEFAULT ENTERED**<br>*TERESA O'NEAL; JOHN O'NEAL AKA JOHN S O'NEAL. USER ID=DIGGSL*<br>Party: O'NEAL, TERESA |
| 03/09/2010 | **AFFIDAVIT OF NON MILITARY SERVICE**<br>*USER ID=DIGGSL*<br>Party: BANK OF AMERICA NA |
| 05/27/2010 | **NOTICE OF FILING**<br>*ORIGINAL MORTGAGE AND NOTE ATCHD. USER ID=MCKENZIEA* |
| 06/08/2010 | **AFFIDAVIT OF COMPLIANCE WITH FORECLOSURE PROCEDURES**<br>*USER ID=MCKENZIEA* |
| 06/17/2010 | **NOTICE OF FILING**<br>*AFFIDAVIT AS TO AMOUNTS DUE AND OWING. USER ID=GRAHAMD* |
| 06/17/2010 | **AFFIDAVIT OF AMOUNT DUE**<br>*AND OWING. USER ID=GRAHAMD* |
| 07/22/2010 | **NOTICE OF HEARING**<br>*08/26/2010 1:30 PM. USER ID=MALLARDJ* |
| 08/10/2010 | **CERTIFICATE OF COMPLIANCE**<br>*WITH ADMINISTRATIVE ORDER S-2010-051. USER ID=GRAHAMD* |
| 08/27/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 09-30-10 PM FAG 08-26-10. USER ID=WHITEHURSTSA*<br>Party: O NEAL, JOHN |
| 08/27/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 09-30-10 PM FAG 08-26-10. USER ID=WHITEHURSTSA*<br>Party: ACCREDITED HOME LENDERS INC |
| 08/27/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 09-30-10 PM FAG 08-26-10. USER ID=WHITEHURSTSA*<br>Party: SOUTH POINTE OF TAMPA HOA INC |
| 08/27/2010 | **MEMORANDUM IN SUPPORT**<br>*MOTION FOR FINAL SUMMARY JUDGMENT. USER ID=WHITEHURSTSA* |
| 08/27/2010 | **FINAL DISPOSITION FORM**<br>*USER ID=WHITEHURSTSA* |
| 08/27/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 09-30-10 PM FAG 08-26-10. USER ID=WHITEHURSTSA*<br>Party: O'NEAL, TERESA |
| 08/27/2010 | **NOTICE OF SALE COPY SENT TO NEWSPAPER**<br>*LA GACETA. USER ID=WHITEHURSTSA* |

| Date | Event | | | |
|---|---|---|---|---|
| 08/27/2010 | COPY OF FINAL JUDGMENT MAILED TO ALL PARTIES | | | |
| | *USER ID=WHITEHURSTSA* | | | |
| 09/10/2010 | CONVERTED EVENT | | | |
| | *CLOSE - CASE STATUS UPDATED. USER ID=CUSHMAN* | | | |
| 09/24/2010 | PROOF OF PUBLICATION | | | |
| | *DOS 9/30/10 PM. USER ID=CARDINEZA* | | | |
| 09/30/2010 | JUDICIAL SALE | | | |
| | *USER ID=WIGGSJ* | | | |
| | Party: BANK OF AMERICA NA | | | |
| 09/30/2010 | CONVERTED EVENT | | | |
| | *RCPT - RECEIPT. 30-SEP-2010,$70.00, User Id = WIGGSJ, Receipt No = 1909459. USER ID=WIGGSJ* | | | |
| | Party: BANK OF AMERICA NA | | | |
| 09/30/2010 | CERTIFICATE OF SALE | | | |
| | *USER ID=SUTTLEM* | | | |
| 09/30/2010 | CERTIFICATE OF MAILING | | | |
| | *USER ID=SUTTLEM* | | | |
| 10/12/2010 | CERTIFICATE OF TITLE | | | |
| | *USER ID=MCCLENDON* | | | |
| 10/12/2010 | CERTIFICATE OF DISBURSEMENTS | | | |
| | *USER ID=MCCLENDON* | | | |
| 10/12/2010 | CERTIFICATE OF MAILING | | | |
| | *USER ID=MCCLENDON* | | | |
| 11/02/2010 | CORRESPONDENCE | | | |
| | *BARBARA WASHBURN...REGARDING PLEADINGS FILED. USER ID=SOMERSEL* | | | |

## FINANCIAL INFORMATION

**Plaintiff BANK OF AMERICA NA**

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 455.00 |
| | Total Payments and Credits | | | 455.00 |
| | **Balance Due as of 02/24/2012** | | | **0.00** |
| 05/12/2009 | Transaction Assessment | | | 1.00 |
| 05/12/2009 | Transaction Assessment | | | 0.50 |
| 05/12/2009 | Transaction Assessment | | | 3.50 |
| 05/12/2009 | Transaction Assessment | | | 80.00 |
| 05/12/2009 | Transaction Assessment | | | 5.00 |
| 05/12/2009 | Transaction Assessment | | | 15.00 |
| 05/12/2009 | Transaction Assessment | | | 195.00 |
| 05/14/2009 | Transaction Assessment | | | 70.00 |
| 05/14/2009 | Transaction Assessment | | | 10.00 |
| 05/14/2009 | Transaction Assessment | | | 5.00 |
| 05/14/2009 | Mail in payment | Receipt # 1569793 | BANK OF AMERICA NA | (385.00) |
| 09/30/2010 | Transaction Assessment | | | 70.00 |
| 09/30/2010 | Mail in payment | Receipt # 1909459 | BANK OF AMERICA NA | (70.00) |

**Unofficial Record**

Logout My Account Search Menu New Civil Search Refine Search Back    Location : Hillsborough County, FL   Help

# CASE SUMMARY
## CASE NO. 08-CA-023026

**BANK OF AMERICA NA VS DELGADO; M**

Case Type: Mortgage Foreclosure
Date Filed: 10/01/2008
Location: Division B
Judicial Officer: Foster, Robert A, Jr
Uniform Case Number: 292008CA023026A001HC

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | DELGADO, MARCO | | |
| Defendant | DELGADO, MERCEDES | | |
| Plaintiff | BANK OF AMERICA N A | | MARISOL MORALES<br>*Retained*<br>305-698-5839(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 10/01/2008 | **COMPLAINT**<br>USER ID=MELVINLA<br>Party: BANK OF AMERICA N A |
| 10/01/2008 | **CIVIL COVER SHEET**<br>USER ID=MELVINLA<br>Party: BANK OF AMERICA N A |
| 10/01/2008 | **LIS PENDENS**<br>USER ID=MELVINLA<br>Party: BANK OF AMERICA N A |
| 10/01/2008 | **SUMMONS ISSUED**<br>X5. USER ID=MELVINLA |
| 10/02/2008 | **CONVERTED EVENT**<br>RCPT - RECEIPT. 02-OCT-2008,$350.00, User Id = KACZMARE, Receipt No = 1412801. USER ID=KACZMARE<br>Party: BANK OF AMERICA N A |
| 10/22/2008 | **SUMMONS RETURNED SERVED**<br>MERCEDES DELGADO 10/14/08. USER ID=MARTNEZ<br>Party: DELGADO, MERCEDES |
| 10/23/2008 | **SUMMONS RETURNED SERVED**<br>MARCO DELGADO 10/8/08. USER ID=MANNTI<br>Party: DELGADO, MARCO |
| 10/23/2008 | **SUMMONS RETURNED NOT SERVED**<br>UNKNOWN TENANT II. USER ID=MANNTI<br>Party: BANK OF AMERICA N A |
| 10/23/2008 | **SUMMONS RETURNED NOT SERVED**<br>UNKNOWN TENANT I. USER ID=MANNTI<br>Party: BANK OF AMERICA N A |
| 10/23/2008 | **SUMMONS RETURNED SERVED**<br>UNKNOWN SPOUSE OF MARCO DELGADO N/K/A MYRNIA MALAVER 10/8/08. USER ID=MANNTI<br>Party: BANK OF AMERICA N A |
| 06/01/2009 | **MOTION FOR SUMMARY JUDGMENT**<br>USER ID=MANNTI |
| 06/01/2009 | **NOTICE OF DROPPING PARTY(S)**<br>UNKNOWN TENANT #1 AND UNKNOWN TENANT #2. USER ID=NEWSOMEF |
| 06/01/2009 | **AFFIDAVIT OF NON MILITARY SERVICE**<br>USER ID=NEWSOMEF |
| 06/01/2009 | **NOTICE OF FILING**<br>AFFIDAVITS. USER ID=NEWSOMEF |
| 06/01/2009 | **AFFIDAVIT OF ATTORNEY**<br>USER ID=NEWSOMEF |
| 06/01/2009 | **AFFIDAVIT AS TO COSTS**<br>USER ID=NEWSOMEF |
| 06/01/2009 | **AFFIDAVIT AS TO ATTORNEY FEES**<br>USER ID=NEWSOMEF |
| 06/01/2009 | **CERTIFICATE OF COMPLIANCE**<br>USER ID=NEWSOMEF |

| Date | Event |
|---|---|
| 06/01/2009 | **MOTION FOR DEFAULT AND DEFAULT ENTERED**<br>*MARCO DELGADO; MERCEDES DELGADO; UNKNOWN SPOUSE OF MARCO DELGADO NKA MYRNIA MALAVER. USER ID=NEWSOMEF*<br>Party: DELGADO, MARCO |
| 06/01/2009 | **MOTION FOR DEFAULT AND DEFAULT ENTERED**<br>*MARCO DELGADO; MERCEDES DELGADO; UNKNOWN SPOUSE OF MARCO DELGADO NKA MYRNIA MALAVER. USER ID=NEWSOMEF*<br>Party: DELGADO, MERCEDES |
| 06/05/2009 | **NOTICE OF FILING**<br>*ATTACHED/ MORTGAGE. USER ID=VIRGILS*<br>Party: BANK OF AMERICA N A |
| 07/17/2009 | **NOTICE OF FILING**<br>*MORTGAGE ATTCH. USER ID=MARTNEZ* |
| 12/01/2009 | **NOTICE OF FILING**<br>*AFFIDAVIT OF AMOUNT DUE ATCHD. USER ID=MCKENZIEA* |
| 12/01/2009 | **AFFIDAVIT OF AMOUNT DUE**<br>*USER ID=MCKENZIEA* |
| 12/21/2009 | **AFFIDAVIT OF COMPLIANCE WITH FORECLOSURE PROCEDURES**<br>*USER ID=NEWSOMEF* |
| 03/12/2010 | **NOTICE OF HEARING**<br>*PLAINTIFF'S COUNSEL/ CO-COUNSEL WILL BE APPEARING BY TELEPHONE 03/30/10 @ 1:30PM. USER ID=VIRGILS*<br>Party: BANK OF AMERICA N A |
| 03/31/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 05/04/10 RAF 03/30/10. USER ID=KACZMARE*<br>Party: DELGADO, MARCO |
| 03/31/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 05/04/10 RAF 03/30/10. USER ID=KACZMARE*<br>Party: DELGADO, MERCEDES |
| 03/31/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 05/04/10 RAF 03/30/10. USER ID=KACZMARE*<br>Party: BANK OF AMERICA N A |
| 03/31/2010 | **FINAL DISPOSITION FORM**<br>*USER ID=KACZMARE* |
| 03/31/2010 | **FINAL JUDGMENT AFTER DEFAULT**<br>*DOS 05/04/10 RAF 03/30/10. USER ID=KACZMARE* |
| 03/31/2010 | **NOTICE OF SALE COPY SENT TO NEWSPAPER**<br>*GCBR. USER ID=KACZMARE* |
| 04/06/2010 | **COPY OF FINAL JUDGMENT MAILED TO ALL PARTIES**<br>*USER ID=KACZMARE* |
| 04/06/2010 | **CONVERTED EVENT**<br>*CLOSE - CASE STATUS UPDATED. USER ID=RODRIGZ* |
| 04/06/2010 | **ORDER CANCELING SALE**<br>*DOS 5/4/10 4/6/10 RAF. USER ID=DAVISCR*<br>Party: DELGADO, MERCEDES |
| 04/06/2010 | **COPY OF**<br>*MOTION TO CANCEL FORECLOSURE SALE. USER ID=DAVISCR* |
| 04/06/2010 | **ORDER CANCELING SALE**<br>*DOS 5/4/10 4/6/10 RAF. USER ID=DAVISCR*<br>Party: DELGADO, MARCO |
| 04/06/2010 | **CORRESPONDENCE**<br>*MARISOL MORALES. USER ID=MALLARDJ* |
| 04/06/2010 | **CORRESPONDENCE**<br>*MARISOL MORALES. USER ID=MANNTI* |
| 04/06/2010 | **MOTION TO CANCEL SALE**<br>*USER ID=MANNTI*<br>Party: DELGADO, MARCO |
| 04/08/2010 | **CONVERTED EVENT**<br>*ROPEN - CASE REOPENED. USER ID=RODRIGZ* |
| 04/14/2010 | **CONVERTED EVENT**<br>*CD993 - CLOSED FOR SRS. USER ID=GARY*<br>Party: DELGADO, MERCEDES |
| 04/14/2010 | **CONVERTED EVENT**<br>*CD993 - CLOSED FOR SRS. USER ID=GARY*<br>Party: DELGADO, MARCO |
| 04/14/2010 | **CONVERTED EVENT**<br>*CLOSE - CASE STATUS UPDATED. USER ID=RODRIGZ* |
| 04/16/2010 | **ORDER CANCELING SALE**<br>*SALE SCHEDULED 05-04-10 RAF, JR. 04-12-10. USER ID=TUCKERTO*<br>Party: DELGADO, MERCEDES |
| 04/16/2010 | **ORDER CANCELING SALE**<br>*SALE SCHEDULED 05-04-10 RAF, JR. 04-12-10. USER ID=TUCKERTO*<br>Party: DELGADO, MARCO |
| 04/23/2010 | **PROOF OF PUBLICATION**<br>*DOS 5/4/10. USER ID=DAVISCR* |
| 08/03/2010 | **CORRESPONDENCE**<br>*GREENSPOON MARDER PA. USER ID=LOPEZSO* |
| 08/03/2010 | **MOTION TO RESCHEDULE-RESET SALE**<br>*EX PARTE. USER ID=LOPEZSO* |
| 08/03/2010 | **MOTION TO RESCHEDULE-RESET SALE**<br>*USER ID=CARDINEZA* |

| Date | Event | |
|---|---|---|
| | Party: DELGADO, MERCEDES | |
| 08/03/2010 | MOTION TO RESCHEDULE-RESET SALE<br>USER ID=CARDINEZA<br>Party: BANK OF AMERICA N A | |
| 08/03/2010 | CORRESPONDENCE<br>LAW OFFICE IOF GREENSPOON MARDER. USER ID=CARDINEZA | |
| 08/03/2010 | MOTION TO RESCHEDULE-RESET SALE<br>USER ID=CARDINEZA<br>Party: DELGADO, MARCO | |
| 08/03/2010 | ORDER RESCHEDULING - RESETTNG SALE<br>DOS 9/10/10 ... ST 8/2/10 (PM). USER ID=CARDINEZA<br>Party: DELGADO, MERCEDES | |
| 08/03/2010 | ORDER RESCHEDULING - RESETTNG SALE<br>DOS 9/10/10 ... ST 8/2/10 (PM). USER ID=CARDINEZA<br>Party: BANK OF AMERICA N A | |
| 08/03/2010 | ORDER RESCHEDULING - RESETTNG SALE<br>DOS 9/10/10 ... ST 8/2/10 (PM). USER ID=CARDINEZA<br>Party: DELGADO, MARCO | |
| 08/03/2010 | NOTICE OF SALE COPY SENT TO NEWSPAPER<br>GCBR . USER ID=CARDINEZA | |
| 08/06/2010 | ORDER RESCHEDULING - RESETTNG SALE<br>NEW DOS 09-17-10 @ 2PM ST 08-04-10. USER ID=TUCKERTO<br>Party: DELGADO, MERCEDES | |
| 08/06/2010 | ORDER RESCHEDULING - RESETTNG SALE<br>NEW DOS 09-17-10 @ 2PM ST 08-04-10. USER ID=TUCKERTO<br>Party: DELGADO, MARCO | |
| 08/06/2010 | NOTICE OF SALE COPY SENT TO NEWSPAPER<br>GCBR. USER ID=TUCKERTO | |
| 08/10/2010 | CONVERTED EVENT<br>ROPEN - CASE REOPENED. USER ID=CUSHMAN | |
| 08/12/2010 | CONVERTED EVENT<br>CLOSE - CASE STATUS UPDATED. USER ID=CUSHMAN | |
| 08/27/2010 | PROOF OF PUBLICATION<br>DOS 09-10-10 PM. USER ID=SUTTLEM | |
| 09/03/2010 | PROOF OF PUBLICATION<br>DOS 09-17-10 PM. USER ID=DELAROSAA | |
| 09/07/2010 | CANCELLATION OF JUDICIAL SALE<br>FAXED - NOTICE OF DOS 09/10/10 PM. USER ID=KACZMARE | |
| 09/07/2010 | JUDICIAL SALE CANCELLED<br>USER ID=KACZMARE | |
| 09/13/2010 | NOTICE OF CANCELLATION<br>OF FORECLOSURE SALE. USER ID=VIRGILS<br>Party: DELGADO, MARCO | |
| 09/17/2010 | JUDICIAL SALE<br>USER ID=WIGGSJ<br>Party: BANK OF AMERICA N A | |
| 09/17/2010 | CONVERTED EVENT<br>RCPT - RECEIPT. 17-SEP-2010,$70.00, User Id = WIGGSJ, Receipt No = 1900525. USER ID=WIGGSJ<br>Party: BANK OF AMERICA N A | |
| 09/17/2010 | CERTIFICATE OF SALE<br>USER ID=DELAROSAA | |
| 09/17/2010 | CERTIFICATE OF MAILING<br>USER ID=DELAROSAA | |
| 09/28/2010 | CERTIFICATE OF TITLE<br>USER ID=DELAROSAA | |
| 09/28/2010 | CERTIFICATE OF DISBURSEMENTS<br>USER ID=DELAROSAA | |
| 09/28/2010 | CERTIFICATE OF MAILING<br>USER ID=DELAROSAA | |

## FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** BANK OF AMERICA N A | | | |
| | Total Financial Assessment | | | 420.00 |
| | Total Payments and Credits | | | 420.00 |
| | **Balance Due as of 02/24/2012** | | | 0.00 |
| 10/01/2008 | Transaction Assessment | | | 1.00 |
| 10/01/2008 | Transaction Assessment | | | 0.50 |
| 10/01/2008 | Transaction Assessment | | | 3.50 |
| 10/01/2008 | Transaction Assessment | | | 80.00 |
| 10/01/2008 | Transaction Assessment | | | 5.00 |
| 10/01/2008 | Transaction Assessment | | | 15.00 |
| 10/01/2008 | Transaction Assessment | | | 195.00 |
| 10/02/2008 | Transaction Assessment | | | 50.00 |
| 10/02/2008 | In person payment | Receipt # 1412801 | BANK OF AMERICA N A | (350.00) |
| 09/17/2010 | Transaction Assessment | | | 70.00 |

| 09/17/2010 | Mail in payment | Receipt # 1900525 | BANK OF AMERICA N A | (70.00) |

**Unofficial Record**